✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Walter Ellis, as Trustee for the Heirs and
Next-of-Kin of Sonya Hennagir, Decedent, and
Timothy Hennagir, as the Parent and Natural
Guardian of A.L.H, a Minor

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  11-cv-188 (PAM/LIB)

Henkels & McCoy, Inc.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion for Judgment on the Pleadings (Docket No. 8) is GRANTED; and

2. The Complaint is DISMISSED.

| May 20, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| | (By)  L. Brennan,  Deputy Clerk |